**Order entered December 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01269-CV

## IN RE HERMES SARGENT BATES, LLP AND COLLEEN MCCOY, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03421**

## ORDER

We **ABATE** the mandamus proceeding pursuant to rule 7.2(b) of the Texas Rules of Appellate Procedure. This case is removed from the Court's active docket until further order of this Court to allow the successor judge to reconsider the ruling of the trial court. The parties shall timely notify this Court of all events affecting the status of this case, including when the successor judge has ruled in accordance with rule 7.2(b). The parties shall file either a status report or a motion to dismiss by March 2, 2015.

/s/     DAVID EVANS
         JUSTICE